# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| RICHARD WADE ARCHITECTS, INC., ) <br> on behalf of itself and a class, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRZ LTD. d/b/a VENEER SPECIALISTS, INC., ) <br> and JOHN DOES 1-10, ) <br> ) <br> Defendants. ) | 10 C 2579 <br><br> Judge Dow <br> Magistrate Judge Nolan |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff Richard Wade Architects, Inc. and Defendant TRZ Ltd. d/b/a Veneer Specialists, Inc. hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant, with prejudice and without costs, except those provided for in the Settlement Agreement, and the claims of the putative class members, without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Daniel A. Edelman <br> Daniel A. Edelman <br> Heather Kolbus <br> EDELMAN, COMBS, LATTURNER <br>     & GOODWIN, LLC <br> 120 S. LaSalle Street <br> 18th Floor <br> Chicago, IL 60603 <br> (312) 739-4200 <br> (312) 419-0379 (FAX) | s/ Donald S. Rothschild (with permission) <br> Richard J. Nogal <br> Donald S. Rothschild <br> Brian M. Dougherty <br> GOLDSTINE SKRODZKI <br> RUSSIAN NEMEC <br>     AND HOFF, LTD. <br> 835 McClintock Drive, 2nd Floor <br> Burr Ridge, IL 60527 <br> (630) 655-6000 <br> (630) 655-9808 (FAX) |

**CERTIFICATE OF SERVICE**

        I, Daniel A. Edelman, certify that on September 20, 2010, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below through the Court's CM/ECF system:

Brian Michael Dougherty
bmd@gsrnh.com

Richard John Nogal
rnogal@gsrnh.com

Donald S. Rothschild
dsr@gsrnh.com


        s/ Daniel A. Edelman
        Daniel A. Edelman



Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)