# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Richard Wade Architects, Inc.

                          Plaintiff,

v.                                         Case No.: 1:10–cv–02579

                                         Honorable Robert M. Dow Jr.

TRZ Ltd., et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 21, 2010:

      MINUTE entry before Honorable Robert M. Dow, Jr: Pursuant to Stipulation of Dismissal [24], the parties stipulate to the dismissal of Plaintiff's individual claims against Defendant, with prejudice and without costs, except those provided for in the Settlement Agreement, and the claims of the putative class members, without prejudice and without costs.Status hearing date of 12/8/2010 is stricken. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.